# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARNOLD KEITH ANDERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73351

**FILED**

AUG 1 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from district court orders denying a motion to reconsider motion to dismiss, denying a motion to compel, denying a motion to seek handwriting specialist, denying a motion to suppress, denying a "motion to dismiss case is double jeopardy," denying a motion to dismiss standby counsel, denying a motion to dismiss based on malicious vindictive prosecution, denying a motion to oppose state's opposition to dismiss, denying a motion for full *Brady* discovery, denying a motion for evidentiary hearing, denying a motion for *Franks* hearing, denying a "motion to dismiss state is guilty bribe NRS 199.240", denying a "motion for writ of habeas corpus to test the legality of this arrest," and denying a motion for alibi witnesses. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

17-26775

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Michelle Leavitt, District Judge
Arnold Keith Anderson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Kenneth G. Frizzell, III